Michael D. Rounds
State Bar No. 4734
Matthew D. Francis
State Bar No. 6978
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100

Attorneys for Plaintiff
Acorne Enterprises, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACORNE ENTERPRISES, LLC, a Nevada limited liability company, | ) Case No. 3:09-cv-736 ) ) |
| Plaintiff, | ) **COMPLAINT** ) |
| v. | ) **JURY DEMAND** ) |
| QVC, INC., a Delaware corporation; ELECPRO (USA), INC., a California corporation, | ) ) ) ) |
| Defendants. | ) ) |

Plaintiff Acorne Enterprises, LLC ("Acorne") alleges the following in support of its Complaint against Defendants QVC, Inc. ("QVC") and Elecpro (USA), Inc. ("Elecpro") (collectively "Defendants"):

## **JURISDICTION**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271, et seq. This Court has personal jurisdiction over Defendants because they have committed acts within this judicial district giving rise to this action.

## **VENUE**

2. Defendants have committed acts within this judicial district giving rise to this action and do business in this district, including one or more of the infringing acts of selling, offering

1

for sale, and advertising its infringing product, and providing service and support to their respective customers in this district.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## **PARTIES**

3. Plaintiff Acorne is a limited liability company organized and existing under the laws of the State of Nevada.

4. Upon information and belief, Defendant QVC, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with a principal place of business at Goshen Corporate Park, 1200 Wilson Drive, West Chester, PA 19380.

5. Upon information and belief, Defendant Elecpro is a corporation duly organized and existing under the laws of the State of California, with a principal place of business at 1650 South Amphlett Blvd., Suite 101, San Mateo, CA 94402.

6. Upon information and belief, at all times herein mentioned, each of the Defendants was the agent, servant or employee of each of the other Defendants and at all times was acting within the course and scope of said agency and employment and that each Defendant is jointly and severally liable to Acorne for the reasons and the facts herein alleged.  Relief is sought herein against each and all of the Defendants, as well as their agents, assistants, successors, employees and all persons acting in concert or cooperation with them or at their direction.

## **COUNT 1**
### **(Patent Infringement)**

7. Paragraphs 1-6 of the Complaint set forth above are incorporated herein by reference.

8. Acorne is the owner of all rights, title, and interest in and to United States Patent No. 6,515,262 ("the '262 Patent") entitled "Deep Well Cooker With Dual Heating Elements," which was issued on February 4, 2003.  A true and correct copy of the '262 Patent is attached hereto as Exhibit A.

9. Acorne is also the owner of all rights, title, and interest in and to United States Patent No. 6,624,392 ("the '392 Patent") entitled "Multifunctional Cooking System," which

was issued on September 23, 2003.  A true and correct copy of the '392 Patent is attached hereto as Exhibit B.

10. Upon information and belief, Defendants have been and are selling, offering for sale, shipping, and advertising in this district a multi-cooker product named "Cook's Essentials 8 Quart Multi-Function Roaster Oven" ("Defendants' Product") that infringes the '262 and '392 Patents under 35 U.S.C. § 271.  A true and correct copy of a photograph and description of Defendants' Product contained on the [www.qvc.com](www.qvc.com) Web site is attached hereto as Exhibit C.  Additionally, upon information and belief, Defendants provide service and support for Defendants' Product to their respective customers in this district.  Defendants' aforementioned actions infringe, contribute to or induce infringement of the '262 and '392 Patents under 35 U.S.C. § 271.

11. Defendants' acts of infringement have caused damage to Acorne.  Under 35 U.S.C. § 284, Acorne is entitled to recover from Defendants the damages sustained by Acorne as a result of Defendants' infringement of the patents-in-suit.  Defendants' infringement of Acorne's rights under the patents-in-suit will continue to damage its businesses, causing irreparable harm to Acorne, for which there is no adequate remedy of law, unless enjoined by this Court under 35 U.S.C. § 283.

12. Upon information and belief, Defendants' infringement of the patents-in-suit has been willful and deliberate, and entitles Acorne to increased damages under 35 U.S.C. § 284 and attorneys' fees and costs under 35 U.S.C. § 285.

**PRAYER FOR RELIEF**

WHEREFORE, Acorne respectfully requests that this Court enter judgment against Defendants as follows:

(a) For judgment that Defendants have infringed and continue to infringe the patents-in-suit;

(b) For preliminary and permanent injunctions under 35 U.S.C. § 283 against Defendants and their directors, officers, employees, agents, subsidiaries, parents, attorneys, and

all persons acting in concert, on behalf of, in joint venture, or in partnership with Defendants from further acts of infringement;

    (c)    For damages to be paid by Defendants adequate to compensate Acorne for their infringement, including interest, costs and disbursements as the Court may deem appropriate under 35 U.S.C. § 284;

    (d)    For a judgment finding that Defendants' infringement was willful and deliberate, entitling Acorne to increased damages under 35 U.S.C. § 284;

    (e)    For a judgment finding this to be an exceptional case, and awarding Acorne attorneys' fees and costs under 35 U.S.C. § 285; and

    (f)    For such other and further relief at law and in equity as the Court may deem just and proper.

DATED this 15th day of December, 2009.

                                              WATSON ROUNDS

                                              By: /s/ Matthew D. Francis
                                              Michael D. Rounds
                                              Matthew D. Francis
                                              Ryan E. Johnson
                                              5371 Kietzke Lane
                                              Reno, Nevada 89511
                                              (775) 324-4100

                                              Attorneys for Plaintiff
                                              Acorne Enterprises, LLC

# JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Acorne Enterprises, LLC hereby demands a jury trial on all issues triable by jury.

DATED this 15th day of December, 2009.

                                            WATSON ROUNDS

By: /s/ Matthew D. Francis
Michael D. Rounds
Matthew D. Francis
Ryan E. Johnson
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100

Attorneys for Plaintiff
Acorne Enterprises, LLC